1  JAMES LOUIS KOHL, ESQ.
   Attorney of Law - (SBN: 120808)
2  1571 Alvarado Avenue, No.4
   Walnut Creek, California 94597
3  Telephone: (925) 602 -2727 Ext.312
   Facsimile: (925) 676 - 9999
4  Attorney for Plaintiff:
   **E.I. Maintencance; and,**
5  **Ken Irwin**

6

7

8          **IN AND FOR THE UNITED STATES DISTRICT COURT**

9          **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  **Manuel Flores; and, Alejandro Sicajau,**        **Case No.: C 09 - 03613  JCS**

12                      **Plaintiffs,**               **STIPULATION REGARDING**
                                                      **FILING OF ANSWER**
13  **v.**

14  **E.I. Maintenance Company; Ken Irwin;et al.,**

15  _____**Defendants.**_____/

16  **TO ALL PARTIES AND THEIR ATTORNEYS - OF - RECORD:**

17          The above -referenced parties have agreed that the Plaintiffs shall not enter a Default and

18  that Defendants will have until December 11, 2009 to file an Answer in the above -referenced

19  action. The parties have decided to take this action in the interest of Judicial economy.

20  **Dated: December   , 2009**         Signed: _____
                                                  **Adam Wang,**
21                                                **Attorney for Plaintiffs**

22  **Dated: December 7, 2009**          Signed: _____
                                                  **James Louis Kohl,**
23                                                **Attorney for Defendants**

24          The above -referenced court having given Due Consideration to the above -referenced

25  matter concurs with the Stipulation and Defendants will file an Answer by December 11, 2009.

26      **IT IS SO ORDERED.**

27  **Dated: December  9, 2009**         Signed: _____
                                                  The _____ h C. Spero
28                                                Judge Joseph C. Spero

                                                                              Page 1
    Stipulation Regarding Filing Anser              Flores,M.,et al. v. E.I. Maintenance; et al.