IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL FLORES and ALEJANDRO SICAJAU,

    Plaintiffs,

 v.

EI MAINTENANCE COMPANY and KEN IRWIN,

    Defendants.
                              /

No. C 09-3613 CW

ORDER DIRECTING PLAINTIFFS TO SEEK ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT EI MAINTENANCE COMPANY

    In its Order of November 2, 2010, the Court granted James Louis Kohl's motion to be relieved as counsel for Defendant EI Maintenance Company.  In that Order, the Court also stated that, if new counsel had not filed a notice of appearance on behalf of EI Maintenance by November 19, 2010, Plaintiffs were to ask the Clerk to enter default against EI Maintenance and, thereafter, move for default judgment within thirty days after the Clerk's entry of default.  New counsel did not appear by the Court's deadline.  However, Plaintiffs have not sought entry of default against EI Maintenance or taken any other action in this case.

    Within twenty-one days of the date of this Order, Plaintiffs shall both (1) ask the Clerk to enter default against EI Maintenance and (2) move for default judgment.  Upon their filing of a motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civil L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Plaintiffs' failure to comply with this Order will result in the dismissal of their claims against EI Maintenance for failure to prosecute.

IT IS SO ORDERED.

Dated: 12/20/2010

CLAUDIA WILKEN
United States District Judge