IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL FLORES and ALEJANDRO SICAJAU,<br><br>        Plaintiffs,<br><br>   v.<br><br>EI MAINTENANCE COMPANY and KEN IRWIN,<br><br>        Defendants.<br>_____/ | No. C 09-3613 CW<br><br>ORDER DISMISSING CLAIMS AGAINST DEFENDANT EI MAINTENANCE COMPANY AND ADMINISTRATIVELY CLOSING CASE |

On December 20, 2010, the Court directed Plaintiffs Manuel Flores and Alejandro Sicajau to ask the Clerk to enter default against Defendant EI Maintenance and, thereafter, seek default judgment.  Plaintiffs were warned that, if they did not perform both tasks within twenty-one days of the date of that Order, their claims against EI Maintenance would be dismissed for failure to prosecute.

Plaintiffs have not performed either task.  Accordingly, Plaintiffs' claims against EI Maintenance are dismissed for failure to prosecute.  All proceedings against the remaining Defendant, Ken Irwin, are stayed pending the resolution of his bankruptcy petition.  Thus, the Clerk shall administratively close this case.  Upon the conclusion of Irwin's bankruptcy proceedings, Plaintiffs may move to re-open this case.

IT IS SO ORDERED.

Dated: January 13, 2011

CLAUDIA WILKEN
United States District Judge